THE STATE OF OHIO, APPELLEE, *v.* NEWCOME, APPELLANT.

[Cite as State *v.* Newcome (1986), 28 Ohio St. 3d 7.]

(No. 86-1543—Decided December 5, 1986.)

*Stanley E. Flegm,* prosecuting attorney, and *Russell B. Wiseman,* for appellee.
*Stephen E. Maher* and *Steven A. Larson,* for appellant.

This cause, on appeal from the court of appeals (case Nos. 3-86-8 and -9), is reversed on authority of *Hawkins* v. *Marion Correctional Institute* (1986), 28 Ohio St. 3d 4, decided this date.

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.